# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SUELLEN S. HALBRADER                                    Case Number: 07-72300
1310 - 10TH STREET                    SSN-xxx-xx-1800
ROCKFORD, IL  61104

Case filed on:          9/26/2007
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 012 | SUELLEN S. HALBRADER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | NATIONAL CITY MORTGAGE COMPANY | 63,318.40 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 63,318.40 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 002 | ALPINE BANK OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMOCO/BP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CHASE CREDIT CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CITICARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMMONWEALTH EDISON CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | HILLCREST ANIMAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SALLIEMAE LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | SEARS CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SHEL CREDIT CARD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ASSET ACCEPTANCE CORP | 59.78 | 59.78 | 0.00 | 0.00 |
|  | Total Unsecured | 59.78 | 59.78 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 63,378.18 | 59.78 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00                     Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00            discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007              By  /s/Heather M. Fagan